

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-15-84-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | **ORDER** |
| JOHN WILFORD ESTERHOLDT, | |
| Defendant. | |

Upon the United States' unopposed Motion to Dismiss Indictment and Vacate Court Dates (Doc. 52), and for good cause shown,

IT IS HEREBY ORDERED that the Indictment in this case is DISMISSED.

IT IS FURTHER ORDERED that the suppression hearing set for Friday, July 29, 2016 at 9:00 a.m., and the jury trial scheduled for Monday, October 3, 2016 at 9:00 a.m., are **VACATED**.

IT IS FURTHER ORDERED that the Defendant shall be immediately released from the custody of the U.S. Marshal Service.

The clerk shall forthwith notify counsel and the U.S. Marshal Service of the entry of this Order.

DATED this 26th day of July, 2016.

                                           */s/ Susan P. Watters*
                                           SUSAN P. WATTERS
                                           United States District Judge